### CLASON *v.* BALDWIN.

*(Supreme Court, General Term, First Department. January 16, 1891.)*

APPEAL—FAILURE TO FILE CASE.
    An appeal from a judgment on a verdict on which no case is filed, as required by Code Civil Proc. N. Y. § 997, will not be considered.

Appeal from circuit court, New York county.

Action of ejectment by Josephine F. Clason against Elizabeth S. Baldwin. Defendant appeals from a judgment for plaintiff entered on the verdict of a jury, and from an order denying a motion for a new trial.

Code Civil Proc. N. Y. § 997, provides: "Where a party intends to appeal from a judgment rendered after the trial of an issue of fact, or to move for a new trial of such an issue, he must, except as otherwise prescribed by law, make a case, and procure the same to be settled and signed by the judge or the referee by or before whom the action was tried," etc.

Argued before VAN BRUNT, P. J., and BRADY and DANIELS, JJ.

*Isaac N. Miller*, for appellant. *Thomas M. Wyatt*, (*George W. Stephens*, of counsel,) for respondent.

PER CURIAM. There being no case filed, this appeal will not be considered, but the case will be stricken from the calendar.